# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 3, 2022

To: Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
Peoria, IL 61602-0000

| | |
|---|---|
| No. 19-1145 | ASHOOR RASHO, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>ROB JEFFREYS, Director of the Illinois Department of Corrections, and MELVIN HINTON, Acting Statewide Mental Health Supervisor<br>of the Illinois Department of Corrections,<br>　　　　Defendants - Appellants |
| No. 19-1375 | ASHOOR RASHO, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>ROB JEFFREYS, Director of the Illinois Department of Corrections, and MELVIN HINTON, Acting Statewide Mental Health Supervisor<br>of the Illinois Department of Corrections,<br>　　　　Defendants - Appellants |
| No. 19-1978 | ASHOOR RASHO, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>ROB JEFFREYS, Director of the Illinois Department of Corrections, and MELVIN HINTON, Acting Statewide Mental Health |

|  | Supervisor of the Illinois Department of Corrections, Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:07-cv-01298-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||
| **Originating Case Information:** ||
| District Court No: 1:07-cv-01298-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm<br>Clerk/Agency Rep Shig Yasunaga<br>Court Reporter Jennifer E. Johnson ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:     No record to be returned

form name: **c7_Mandate**   (form ID: **135**)